904

No. 265, Misc. LA FEVER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* Solicitor *General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 273, Misc. HARRIS v. BUCHKOE, WARDEN, ET AL. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se. Paul L. Adams,* Attorney General of Michigan, and *Samuel J. Torina,* Solicitor General, for respondents.

No. 290, Misc. THOMAS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Sidney M. Glazer* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 296, Misc. BELL v. COCHRAN, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *B. Clarke Nichols,* Assistant Attorney General, for respondent.

No. 302, Misc. MORGAN v. WALKER, WARDEN, ET AL. Supreme Court of Louisiana. Certiorari denied. Petitioner *pro se. Jack P. F. Gremillion,* Attorney General of Louisiana, for respondents.

No. 388, Misc. HAINES v. OHIO. Supreme Court of Ohio. Certiorari denied.

No. 407, Misc. HELMS v. SACKS, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.